**Fill in this information to identify your case**

| | | | | |
|---|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | | |
| Debtor 1: | DANA | MICHELE | MILLER | Case #: 26-13376-TBM |
| | First Name | Middle Name | Last Name | |
| Debtor 2: | | | | Chapter: 13 |
| | First Name | Middle Name | Last Name | |

## Local Bankruptcy Form 3015-1.5
## Notice of Continued Dates for Meeting of Creditors and Hearing on Confirmation of Plan

**Complete applicable sections.**

**Part 1   Notice**

To all parties of interest:

The following dates have changed from the dates set forth in the Notice of Chapter 13 Bankruptcy Case which was dated May 12, 2026.

The 11 U.S.C. § 341 Meeting of Creditors previously scheduled for **June 16, 2026 at 8:30 a.m.** has been continued to **June 23, 2026 at 9:30 a.m.** The Meeting of Creditors will be held at   **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 640 032 8561, and Passcode 2648042835, OR call 1-720-408-4082**

The hearing on confirmation of the debtor's plan previously scheduled for _____ **[month/day/year]** at **[time]** has been continued by order of the Court (docket no. _____ **[#]**) to _____ **[month/day/year]** at _____ **[time]**.  The Confirmation Hearing will be held at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom_____ **[letter]**, Fifth Floor, Denver, Colorado 80202.

Objections to confirmation of the plan, the debtor's Confirmation Status Report, and the debtor's Verification of Confirmable Plan must be timely filed pursuant to L.B.R. 3015-1 or as otherwise ordered by the Court.  Objections to the Chapter 13 plan must comply with L.B.R. 3015-1(c) and must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any.  General objections will not be considered by the Court.

**Part 2   Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: _____June 16, 2026_____

By:
 Signature */s/David Riggi*

 Telephone number:  702-463-7777
 E-mail address: Riggilaw@gmail.com

**Commentary**

L.B.F.  3015-1.5 is for use when the debtor's meeting of creditors is continued to a date *beyond* the original hearing on confirmation date.  The debtor must file a motion to continue the hearing on confirmation or appear at the originally scheduled date for the hearing on confirmation.  *See* L.B.R. 3015-1(i)(3).

L.B.F. 3015-1.5 must be served on the following:  chapter 13 trustee, debtor, all creditors and parties in interest, and parties requesting notice, or as otherwise ordered by the Court.