**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:
DANA MICHELLE MILLER

Case No.  26-13376
Chapter 13

Debtor(s)

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 06/18/2026, I did cause a copy of the following document(s), described below.

Notice of conntinued meeting of creditors

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 06/18/2026

/s/ David A. Riggi
DAVID A. RIGGI, ESQ.
Attorney for the Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:
DANA MICHELLE MILLER

Case No.  26-13376
Chapter 13

Debtor(s)

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 06/18/2026, I did cause a copy of the following document(s), described below.

Notice of conntinued meeting of creditors

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and  prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 06/18/2026

*Charles Wheeler*

Charles Wheeler
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

Exhibit

| | | | | |
|---|---|---|---|---|
| ALLY FINANCIAL | 200 RENAISSANCE CTR # B0 | DETROIT, MI 48243-1300 | | |
| Ally Bank | 4515 N. Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118-7901 | | |
| Ally Bank | AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118-7901 | |
| BRIDGECREST CREDIT C | 7300 E HAMPTON AVE | MESA, AZ 85209-3324 | | |
| Bridgecrest Acceptance Corporation | AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118-7901 | |
| Bridgecrest Acceptance Corporation by AIS Po | 4515 N. Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118-7901 | | |
| CAINE & WEINER COMPANY | 12005 FORD ROAD 300 | DALLAS TX 75234-7262 | | |
| CREDIT CORP SOLUTIONS INC | 121 W ELECTION RD | SANDY UT 84020-7766 | | |
| Carent Laboratory Services | PO Box 860814 | Minneapolis, MN 55486-0814 | | |
| Carepoint ER Physicians | Po Box 48458 | Oak Park, MI 48237-6058 | | |
| DEPT OF EDUCATION/NELN | 121 S 13TH ST | LINCOLN, NE 68508-1904 | | |
| Denver Health and Hospital Authority | C/O Frost Arnett, Colorado Manager, Inc. | 8690 Wolff Ct Ste 110 | Westminster, CO 80031-3691 | |
| DirecTV LLC | c/o Credence Resource Management LLC | 17000 Dallas Pkwy Ste 204 | Dallas, TX 75248-1940 | |
| E-470 Public Highway Authority | 22470 E Stephen D Hogan Pkwy | Aurora, CO 80018-2424 | | |
| GRACE MANAGEMENT | 6900 WEDGWOOD RD N 300 SUITE 300 | Maple Grove, MN 55311-3553 | | |
| Helix by Kendall Bank | c/o Halistad Financial | 8001 Lincoln Ave Suitre 500 | Skokie, IL 60077-3695 | |
| Internal Revenue Service | ATTN: BANKRUPTCY DEPT | PO Box 7346 | PHILADELPHIA, PA 19101-7346 | |
| JEFFERSON CAPITAL SYSTEMS LLC | PO BOX 7999 | SAINT CLOUD MN 56302-7999 | | |
| LVNV FUNDING LLC/LANE BRYANT RETAIL | RESURGENT CAPITAL SERVICES | Po Box 10587 | Greenville, SC 29603-0587 | |
| METRO COLLECTION SVC | 2600 S PARKER RD STE 340 | AURORA, CO 80014-1690 | | |
| Peloton | c/o Portfolio Recovery Associates, LLC | Po Box 12914 | Norfolk, VA 23541-0914 | |
| Platte Valley Hospital | 1600 Prairie Center Pkwy | Brighton, CO 80601-4006 | | |
| Progressive | Po Box 31260 | Tampa, FL 33631-3260 | | |
| Progressive Leasing | 256 W Data Dr | Draper, UT 84020-2315 | | |
| Quantum3 Group LLC as agent for | Credit Corp Solutions Inc | PO Box 788 | Kirkland, WA 98083-0788 | |
| SCL Health | Po Box 1259 Dept #132397 | Oaks, PA 19456-1259 | | |
| State Farm | Po Box 44110 | Jacksonville, FL 32231-4110 | | |
| U.S. Department of Education c/o Nelnet | 121 S 13th St | Lincoln, NE 68508-1911 | | |
| US Dept of Veteran Affairs | Po Box 19438 | Springfield, IL 62794-9438 | | |
| US Trustee | Byron G. Rogers Federal Building | 1961 Stout St. | Ste. 12-200 | Denver, CO 80294-6004 |
| WBN Properties | 3141 Captains Ln | Longmont, CO 80503-7891 | | |