IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                              CHAPTER 13
DANA MICHELE MILLER                                 CASE: 26-13376TBM


DEBTOR

---

### CHAPTER 13 TRUSTEE'S AMENDED OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

---

The Standing Chapter 13 Trustee hereby files his Amended Objection to Confirmation of the proposed chapter 13 Plan and states:

1. The commencement date of plan payments in Part 4.1 of the Chapter 13 Plan is outside of the timeframe of 11 U.S.C. § 1326(a)(1).

2. Part 2.5 of the Chapter 13 Plan indicates Debtor is above median. The Debtor should file amended Form 122C-1 and Form 122C-2.

3. The Chapter 13 Plan does not provide for the secured arrearage claim of Ally Bank (Claim No. 3). 11 U.S.C. § 1325(a)(5).

4. The proposed plan and budget may not be feasible. Debtor testified that she does not receive the budgeted $1,420.00 per month family contribution. Debtor's plan payment is $1,250.00 per month. 11 U.S.C. § 1325(a)(6). Trustee notes Part 12 of the Plan indicates "Plan confirmation is dependent on the filing of a declaration by a third party indicating the ability and willingness to make monthly contributes to the Debtor." However, a declaration has not been filed.

5. Schedule C reflects exemptions of $4,000 for Debtor's two USAA savings accounts, pursuant to 15 U.S.C. § 1673. The Trustee objects to the claimed exemption as the exemption is not applicable in a chapter 13 bankruptcy and it exceeds the allowable Colorado exemption.

The Trustee reserves the right to amend his objection and to report on the payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

July 21, 2026

Respectfully submitted,

<u>s/Michael Edlen</u>
Michael Edlen, #49579
Attorney for Chapter 13 Trustee,
Adam M. Goodman
P.O. Box 1169
Denver, CO  80201-1169
(303) 830-1971
FAX (303) 830-1973
medlen@ch13colorado.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above Amended Objection to Confirmation was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on <u>July 21, 2026</u> addressed as follows:

DANA MICHELE MILLER
10808 TROY ST
COMMERCE CITY, CO 80022


DAVID A RIGGI
VIA CM/ECF


<u>\s\_kmp_____</u>
Chapter 13 Trustee Staff Member